## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| RODNEY BROWN, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Case No. 4:18-cv-389 |
| | ) |
| DONALD J. TRUMP, et al., | ) |
| | ) |
|     Defendants. | ) |

## **CONSENT MOTION FOR A PROTECTIVE ORDER**

Defendants City of St. Louis, Matthew Boettigheimer, Joseph Steiger, Steven Korte, and Phil Harden through counsel, hereby move this Court to enter a protective order protecting documents, other tangible items, and/or testimony relating to confidential and/or proprietary information produced in connection with this matter.  In support of its motion, the Defendants state as follows:

1. Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A)(ii), Defendants identified certain documents which they may use to support their claims and defenses. These documents may include police reports with arrestee information, security-sensitive policies, and medical records.

2. Defendants anticipate that additional sensitive and confidential material will be identified and produced in this case

3. Understanding the reasons for the confidential treatment of certain materials, the Defendants believe that a protective order will continue to facilitate discovery in this matter while protecting confidential materials from being made public. A copy of the stipulated proposed protective order is attached as Exhibit A.

4.       The protective order will not hinder discovery. Rather it will facilitate the parties' ability to proceed with their respective discovery obligations.

5.       Counsel for the Plaintiff has been contacted, reviewed the proposed stipulated order attached as Exhibit A, and consents to the entry of the protective order.

Respectfully Submitted,

**JULIAN BUSH,**
**CITY COUNSELOR**

*/s/ Brandon Laird*
Brandon Laird
Mo. Bar No. 65564
Assistant City Counselor
Room 314, City Hall
1200 Market St.
St. Louis, MO 63103
(314) 622-4652
lairdb@stlouis-mo.gov
    *Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2019 the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system to all attorneys of record.

*/s/ Brandon Laird*
Brandon Laird
Assistant City Counselor