**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| RODNEY BROWN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:18-cv-389-MTS |
| DONALD J. TRUMP, et al., | ) ) ) |
| Defendants. | ) |

### STIPULATION OF DISMISSAL

COME NOW the parties, by and through their respective counsel, and stipulate to the dismissal of the following counts, with prejudice, pursuant to Federal Rule 41(a)(1)(A)(ii):

(1) All counts as to Defendant <u>Harden</u> <u>only</u>;

(2) Count IV (against the City of St. Louis);

(3) Count VII (as to all individual defendants); and

(4) Counts I, III, and V as to Defendant <u>Steiger</u> <u>only</u>.

This stipulation does not affect any other counts in this case, which remain pending and the subject of Defendants' motion for summary judgment (Doc. 108).

Dated: March 5, 2021

Respectfully submitted,

RODERICK AND SOLANGE
MACARTHUR JUSTICE CENTER

MICHAEL A. GARVIN, CITY COUNSELOR

By: /s/ Amy E. Breihan
Amy E. Breihan, #65499MO
Megan G. Crane, #71624MO
W. Patrick Mobley, #63636MO
3115 South Grand Blvd., Suite 300
St. Louis, MO 63118
Phone: (314) 254-8540
Fax: (314) 254-8547

By: /s/ Erin K. McGowan (w/ consent)
Erin K. McGowan #64020MO
Associate City Counselor
City Hall, Room 314
St. Louis, MO 63103
314.622.4594
FAX: 314.622.4956
McGowanE@stlouis-mo.gov

1

amy.breihan@macarthurjustice.org
megan.crane@macarthurjustice.org
pat.mobley@macarthurjustice.org

*Attorneys for Plaintiff Rodney Brown*

*Attorney for City of St. Louis, Matthew Boettigheimer, Steven Korte, Joseph Steiger, and Phil Harden*

2