# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| RODNEY BROWN, | ) |
| Plaintiff, | ) |
| v. | ) Cause No. 4:18-CV-389-MTS |
| CITY OF ST. LOUIS, *et al.* | ) |
| Defendants. | ) |

## CONSENT MOTION TO AMEND FOURTH AMENDED CASE MANAGEMENT ORDER TO CONTINUE JULY 26, 2021 TRIAL SETTING

COME NOW Defendants Matthew Boettigheimer, Steven Korte, and Joseph Steiger (collectively "Defendants"), and respectfully request that this Court issue an order amending its Fourth Amended Case Management Order to continue the current July 26, 2021 trial setting. In support, Defendants state as follows:

1. On February 17, 2021 this Court issued its Scheduling Order setting trial in this matter for July 26, 2021. Doc. 115.

2. The undersigned counsel anticipates taking a 12-week leave of absence following the birth of a child in early June 2021.

3. Due to lead counsel's unavailability for trial on July 26, 2021, Defendants respectfully request that the case management order be amended to reset the trial in this cause for a date subsequent to September 1, 2021.

4. This request is being made in good faith and is not being made for the purposes of undue delay.

5. Counsel for Defendants has conferred with counsel for Plaintiff, and Plaintiff consents to this request for a continuance of the July 26, 2021 trial setting.

WHEREFORE Defendants respectfully request that this Court enter an order amending the Fourth Amended Case Management Order to continue the trial in this matter currently set for July 26, 2021 to a date subsequent to September 1, 2021.

Respectfully submitted,

By: /s/ Erin K. McGowan
Erin K. McGowan #64020MO
1200 Market Street, Room 314
City Hall
St. Louis, MO 63103
(314) 622-3361
(314) 622-4956 fax
McGowanE@stlouis-mo.gov
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify this Motion was electronically filed on April 28, 2021 with the Court for service by means of Notice of Electronic Filing upon all attorneys of record.

/s/ Erin K. McGowan